636        NEBRASKA REPORTS.        [VOL. 39

Fremont Butter & Egg Co. v. Killian.    Lewis v. Baker.

FREMONT BUTTER & EGG COMPANY V. THOMAS KILLIAN
& COMPANY.

FILED MARCH 6, 1894.    No. 5280.

Actions Against Corporations: VENUE. Following *Fremont
Butter & Egg Co. v. Snyder*, 39 Neb., 632, the judgment in this
case is affirmed.

ERROR from the district court of Saunders county. Tried
below before MARSHALL, J.

*G. W. Simpson* and *Frick & Dolezal*, for plaintiff in error.

*S. H. Sornborger, contra*, on the question of jurisdiction,
cited: *Bristol v. Chicago & A. R. Co.*, 15 Ill., 436; *Bald-
win v. Mississippi & M. R. Co.*, 5 Ia., 518.

RAGAN, C.

The facts in this case and the law applicable thereto are
substantially the same as in the *Fremont Butter & Egg Co.
v. Snyder*, decided at this term and reported in 39 Neb.,
632, and on the authority of that case the judgment in
this is

AFFIRMED.

GEORGE P. LEWIS ET AL. V. CARRIE R. BAKER.

FILED MARCH 6, 1894.    No. 5121.

Adverse Possession. When a person has been in the actual,
visible, exclusive, and uninterrupted possession of a portion of a
street in a city, under a claim of right, for ten years, the title
thereto vests absolutely in such occupant. *Meyer v. City of
Lincoln*, 33 Neb., 566, followed.